AO 91 (Rev 8/01)    Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

APR 20 2018

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Juan Carlos Ayala-Ramirez

AKA: Carlos Ramirez-Ayala

IAE    YOB: 1976
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:   M-18-0833-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 18, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mercedes, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s)   __1326__   (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Juan Carlos Ayala-Ramirez was encountered by Border Patrol Agents near Mercedes, Texas on April 18, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on March 1, 2017, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 16, 2016, through Del Rio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 24, 2008, the Defendant was convicted of Felony Driving Under the Influence/Blood Alcohol Content (BAC) 0.08 and was sentenced to sixteen (16) months confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved

Sworn to before me and subscribed in my presence,

Signature of Complainant

April 20, 2018                            8:49 am

Adelaido Martinez           Senior Patrol Agent

Peter E. Ormsby           , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer